UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID VELAZQEZ,

                      Petitioner,

    -against-

MARK MILLER,

                      Respondent.

22-CV-6843(LTS)

CIVIL JUDGMENT

    For the reasons stated in the October 17, 2022, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 17, 2022
           New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge